FILED
September 27, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003795239

SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
575 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 435-2100
FAX: (559) 435-5656

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No.: 10-13785-B-7 |
| MANUK VARDANYAN and | DC No.: SAS-1 |
| NVARD FRNZLYAN | **MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** |
| Debtors. | Date: October 26, 2011<br>Time: 10:00 A.M.<br>Dept: B<br>Judge: Honorable W. Richard Lee |

**TO THE HONORABLE W. RICHARD LEE UNITED STATES BANKRUPTCY JUDGE:**

1. Sheryl A. Strain is the duly appointed qualified, and acting Trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on April 9, 2010, and Sheryl A. Strain was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is a 2004 Toyota Sienna ("Sienna"), Vehicle Identification Number 5TDZA23C743187777.

5. The debtors' schedules listed the value of the Sienna at $3,000.00. The debtors claimed $3,000.00 of the value of the Sienna exempt under California Code §703.140.

6. I investigated the Sienna's value, and I believe, based upon my experience as a Chapter 7 Trustee, that the vehicle has value as follows:

| Estimated Fair Market Value | Debtor's Exemption | Costs of Sale | Net to Estate |
|---|---|---|---|
| $ 9,060.00 | $ 3,000.00 | $ 2,560.00 | $ 3,500.00 |

The Estimated fair market was taken from information obtained from the Kelly Blue Book issued on, or about, the date the debtors' bankruptcy petition was filed.

7. The Trustee has received an offer from the debtors, Manuk Vardanyan & Nvard Frnzlyan, to purchase the non-exempt equity in the Sienna for the total sum of Three Thousand Five Hundred and 00/100 Dollars ($3,500.00) cash. The total sum of $3,500.00 has been received by the estate, and deposited to an estate account.

8. In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the vehicle, the current condition of the vehicle, and the costs associated with taking possession of, storing, and selling the vehicle at auction. The Trustee does not believe that the estate would net a higher amount by selling the vehicle at auction.

9. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to the debtors, Manuk Vardanyan & Nvard Frnzlyn, for the total sum of $3,500.00.

Dated: 9/26/11

/s/ Sheryl A. Strain
Sheryl A. Strain
Chapter 7 Trustee